# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **CRISTIE RYAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-01592-NCC |
| | ) | |
| **KILOLO KIJAKAZI,**[1] | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REVERSAL AND REMAND

Before the Court is Defendant's Motion to Reverse and Remand this matter to the Commissioner, pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) (Doc. 26). The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) (Doc. 9). Defendant suggests that remand is required to evaluate whether Plaintiff's thoracic spine disorder is a severe impairment and what, if any, functional limitations result from the impairment (Doc. 26). Plaintiff responds stating that she has no objection to Defendant's Motion to Reverse and Remand (Doc. 27).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand (Doc. 26) is **GRANTED**, and that this matter is reversed and remanded to the Commissioner.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi shall be substituted for former Commissioner Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that upon entry of this final order reversing and remanding this case, the appeal period will begin which determines the thirty (30) day period in which a timely application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed.

Dated this 4th day of October, 2021.

      /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE